UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



FILED
OCT 15 2021
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.

Bill Cobb

Plaintiff

Charlotte By The Lake Realtors
Defendant

## ANSWER TO A CIVIL ACTION

**To:** Katherine M Kliebert
C/O Bill Cobb Plaintiff
Kliebert Law, PLLC
1300 Baxter Street, Suite 153
Charlotte, NC 28204

On or about the end of Oct 2019 I was called by someone that didn't identify their name. I was told a photo I was using on my website was copyrighted and I needed to take it down. They also said because of my using it they wanted a sum of money from me. I had originally gotten the photo from Google images and didn't know I couldn't use it. I also thought this was a scam and I hung up the phone. I immediately took down the photo from my website and replaced it. Upon receiving this summons, I did some research and found out that I could have bought the photo for $9.00. I never heard anything until I received this summons.

## THIS IS THE ANSWER I SENT TO THE LAWYER.

I am asking for Mr. Cobb to consider my situation. I am 75 years old on Veteran's disability. I don't do much real estate anymore. As for the copyright picture, if I had known I couldn't use it and could buy a copy of it for $9 I would have.

I can't afford a lawyer and live on limited income. Right after the phone call I got in Nov 2019 telling me that the photo was copyrighted I took it down. I understand like you said that he has retained you as his lawyer which you said was around $400. I would like to offer $700, so that we can resolve this.

I would love to resolve this.

Steve Lappin

10/13/2021

Date