# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTHCAROLINA

| | |
|---|---|
| BILL COBB,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARLOTTE BY THE LAKE REALTORS,<br><br>　　　　Defendant. | Civil Action No. 1:21-cv-680 |

## NOTICE OF SETTLEMENT

Plaintiff Bill Cobb notifies the Court that he has reached an agreement with Defendant Charlotte by the Lake Realtors to resolve the claims at issue in the above-captioned matter. Counsel for Bill Cobb will prepare and circulate settlement documents and, once executed, will file a dismissal with prejudice of the claims against Charlotte by the Lake Realtors in this action. This Notice is filed with the consent of Charlotte by the Lake Realtors.

Respectfully submitted the 20th day of October, 2021.

　　　　　　　　　　　　　　　　　/s/ Katherine M. Kliebert
　　　　　　　　　　　　　　　　　Katherine M. Kliebert
　　　　　　　　　　　　　　　　　Kliebert Law, PLLC
　　　　　　　　　　　　　　　　　N.C. Bar Number 42979
　　　　　　　　　　　　　　　　　1300 Baxter Street, Suite 153
　　　　　　　　　　　　　　　　　Charlotte, NC 28204
　　　　　　　　　　　　　　　　　Phone: 704-940-5581
　　　　　　　　　　　　　　　　　Fax: 704-940-5585
　　　　　　　　　　　　　　　　　Email: kate@kliebertlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Settlement has been served on the following parties, via first class mail, postage prepaid, as indicated below, this this 20th day of October, 2021:

    Charlotte by the Lake Realtors
    c/o Steven Lappin, Registered Agent
    9618 Brandybuck Dr.
    Charlotte, NC 28269-7032
    *Defendant*

This 20th day of October, 2021.

                                        /s/Katherine M. Kliebert
                                        Katherine M. Kliebert